IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMARR CANNON, | § | |
| | § | No. 498, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1706001541 (K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: May 15, 2026
Decided: June 1, 2026

## ORDER

On April 20, 2026, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Jamarr Cannon, because he had not filed an opening brief by the April 15 deadline set by the Court.  On April 30, the Chief Deputy Clerk issued a notice, sent by certified mail, to Cannon, directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief.  Cannon received the notice on May 4.  A timely response to the notice was due on or before May 14.  To date, Cannon has neither responded to the notice to show cause nor filed an opening brief.  Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice